IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re the matter of | |
|---|---|
| WINFRED O. SCOTT and MARTHA A. SCOTT, | NO. 07-03883<br>CHAPTER 13 |
| Debtors. | JUDGE JOHN H. SQUIRES |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes SN SERVICING CORPORATION AS AGENT FOR SECURITY NATIONAL MORTGAGE LOAN TRUST 2005-1, its successors and/or assigns (hereinafter referred to as "SN SERVICING"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on March 6, 2007, the Debtors herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That SN SERVICING is a creditor of the Debtors with respect to a certain *second* mortgage upon real estate, with a common address of 7244 South Union, Chicago, Illinois.

3. That, on May 27, 2011, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount Under Paragraph B(2)(b) of Plan.

4. That, as of this date, creditor's records still reflect the following amounts have become due and owing and remain unpaid:
   a. Accrued Late Charges totaling $95.85;
   b. Force Placed Insurance Advances totaling $334.74; and,
   c. Bankruptcy Attorney's Fees and Costs totaling $550.00 for preparation and filing of a Proof of Claim, preparation and filing of Chapter 13 Plan Objections and multiple court appearances.

5. That the confirmed plan at §E(4)(b) provided for 10.5% interest payable on the arrearage claim of SN SERVICING which would equal approximately $6,400.00. However, *no* interest has been paid. (See Exhibit A.)

6. That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

                                        Respectively Submitted,

                                          /s/ Terri M. Long
                                          TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for SN SERVICING CORPORATION AS AGENT FOR SECURITY NATIONAL MORTGAGE LOAN TRUST 2005-1, its Successors and/or Assigns

[Home] [Case Search] [FAQ] [Office] [Other Sites]



# Claim Detail and Disbursements
## Winfred O Scott, 07 B 03883
## Martha A Scott

| Creditor | Mortgage Electronic Registration Sys | Scheduled | 75,821.95 |
|---|---|---|---|
| OK to Allocate? | No | Claimed | 28,580.52 |
| OK to Disburse? | No | Rate | 100% |
| Filed | April 16, 2007 | Repay | 28,580.52 |
| Type | Secured | Paid | 28,580.52 |
| Class | Mortgage-first | Due | - |
| Mode | Pro Rata | Past Due | - |
| Monthly Set | - | Interest | - |

## Disbursements

| Check Date | Item Amount | Check Number | Check Total | Check Status |
|---|---|---|---|---|
| May 20, 2011 | 646.51 | 353293 | 646.51 | Clear: May 25, 2011 |
| April 15, 2011 | 415.03 | 350573 | 415.03 | Clear: April 20, 2011 |
| March 18, 2011 | 822.59 | 348066 | 822.59 | Clear: April 1, 2011 |
| February 18, 2011 | 1,237.28 | 345547 | 1,237.28 | Clear: February 25, 2011 |
| January 21, 2011 | 407.88 | 343073 | 407.88 | Clear: January 27, 2011 |
| December 17, 2010 | 822.59 | 340734 | 822.59 | Clear: December 23, 2010 |
| November 19, 2010 | 1,237.28 | 338400 | 1,237.28 | Clear: December 1, 2010 |
| October 15, 2010 | 407.63 | 335790 | 407.63 | Clear: October 21, 2010 |
| September 17, 2010 | 855.12 | 333551 | 855.12 | Clear: September 23, 2010 |
| August 20, 2010 | 834.90 | 331177 | 834.90 | Clear: August 25, 2010 |
| July 16, 2010 | 577.47 | 328650 | 577.47 | Clear: July 21, 2010 |
| June 18, 2010 | 724.49 | 326375 | 724.49 | Clear: June 23, 2010 |
| May 21, 2010 | 724.49 | 324053 | 724.49 | Clear: May 28, 2010 |
| April 16, 2010 | 724.49 | 321652 | 724.49 | Clear: April 23, 2010 |
| March 19, 2010 | 724.49 | 319272 | 724.49 | Clear: March 24, 2010 |
| February 19, 2010 | 1,090.14 | 317007 | 1,090.14 | Clear: February 25, 2010 |
| January 15, 2010 | 358.83 | 314640 | 358.83 | Clear: January 22, 2010 |
| December 18, 2009 | 724.49 | 312429 | 724.49 | Clear: December 30, 2009 |
| November 20, 2009 | 1,090.14 | 310295 | 1,090.14 | Clear: November 30, 2009 |
| October 16, 2009 | 724.54 | 308081 | 724.54 | Clear: October 26, 2009 |

EXHIBIT A

| Date | Amount | | | Clear Date |
|---|---:|---:|---:|---|
| September 18, 2009 | 356.48 | 306032 | 356.48 | Clear: September 24, 2009 |
| August 21, 2009 | 1,083.11 | 303989 | 1,083.11 | Clear: August 27, 2009 |
| July 17, 2009 | 356.48 | 301798 | 356.48 | Clear: July 27, 2009 |
| June 19, 2009 | 1,083.11 | 223638 | 1,181.55 | Clear: June 24, 2009 |
| May 15, 2009 | 719.79 | 221409 | 895.02 | Clear: May 20, 2009 |
| April 17, 2009 | 719.75 | 219367 | 719.75 | Clear: April 23, 2009 |
| March 20, 2009 | 358.06 | 217299 | 607.22 | Clear: March 27, 2009 |
| February 20, 2009 | 1,087.80 | 215149 | 1,220.46 | Clear: February 27, 2009 |
| January 16, 2009 | 358.06 | 212911 | 358.06 | Clear: January 22, 2009 |
| December 19, 2008 | 722.93 | 210852 | 722.93 | Clear: December 31, 2008 |
| November 21, 2008 | 1,087.80 | 208802 | 1,150.32 | Clear: December 1, 2008 |
| October 17, 2008 | 722.90 | 206505 | 744.27 | Clear: October 23, 2008 |
| September 19, 2008 | 358.49 | 204394 | 421.08 | Clear: September 25, 2008 |
| August 15, 2008 | 175.84 | 202162 | 238.43 | Clear: August 25, 2008 |
| July 18, 2008 | 358.49 | 200029 | 437.54 | Clear: July 25, 2008 |
| June 20, 2008 | 541.15 | 197864 | 561.51 | Clear: June 26, 2008 |
| May 16, 2008 | 175.84 | 195542 | 175.84 | Clear: May 22, 2008 |
| April 18, 2008 | 358.25 | 193435 | 416.74 | Clear: April 24, 2008 |
| March 21, 2008 | 576.61 | 191233 | 898.93 | Clear: March 28, 2008 |
| February 15, 2008 | 168.31 | 188981 | 168.31 | Clear: February 26, 2008 |
| January 18, 2008 | 353.11 | 186907 | 412.29 | Clear: January 25, 2008 |
| December 21, 2007 | 537.92 | 184892 | 597.10 | Clear: December 31, 2007 |
| November 16, 2007 | 168.31 | 182645 | 168.31 | Clear: November 23, 2007 |
| October 19, 2007 | 353.11 | 180712 | 530.91 | Clear: October 25, 2007 |
| September 21, 2007 | 648.44 | 178756 | 668.43 | Clear: September 27, 2007 |
| Total | 28,580.52 | | | |

Click here to perform another case search.

Copyright © 2000 Office of the Chapter 13 Trustee
Send comments on this web site to Webmaster@chi13.com

[Home] [Case Search] [FAQ] [Office] [Other Sites]